IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KASON TRENT FISHER                                                    PLAINTIFF

v.                                    Case No. 4:23-cv-4073

OFFICER PEYTEN SNIDER                                                 DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed September 26, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Bryant recommends that Plaintiff's complaint (ECF No. 1) be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge